IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE BENDAMUSTINE CONSOLIDATED CASES | C.A. No. 13-2046-GMS (consolidated) |

**CONSENT JUDGMENT BETWEEN
PLAINTIFF CEPHALON, INC. AND DEFENDANTS EMCURE
PHARMACEUTICALS LTD. AND EMCURE PHARMACEUTICALS USA, INC.**

Cephalon, Inc. ("Plaintiff") and defendants Emcure Pharmaceuticals Ltd. and Emcure

Pharmaceuticals USA, Inc. (now known as Heritage Pharma Labs Inc.) ("Defendants") have

agreed to terms and conditions representing a negotiated settlement of this action and have set

forth those terms and conditions in a Settlement and License Agreement dated June 24, 2015 (the

"Settlement and License Agreement"). Now the parties, having consented and stipulated to the

entry of this Judgment, as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      This Court has jurisdiction over the parties and the subject matter of this action;

2.      The Plaintiff has asserted that its United States Patent Nos. 8,445,524; 8,791,270;

8,669,279; 8,883,836 and 8,895,756 ("the patents-in-suit") are enforceable and valid and would

be infringed by the commercial manufacture, use, sale, offer for sale, or importation of the

products described in Defendants' Abbreviated New Drug Application No. 205964

("Defendants' ANDA" and the products described therein being "Defendants' Products");

3.      In view of the Settlement and License Agreement, the parties have agreed to forego any further litigation involving their respective assertions of infringement, invalidity and/or unenforceability;

4.      Judgment is hereby entered in favor of Plaintiff, as Defendants have admitted solely with respect to Defendants' ANDA and the Defendants' Products that the patents-in-suit are enforceable and valid and would be infringed by the commercial manufacture, use, sale, offer for sale, or importation of Defendants' Products;

5.      Pursuant to 35 U.S.C. § 271(e)(4)(B), and 35 U.S.C. § 283, Defendants, including its respective officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with the individuals who receive actual notice of this Order are enjoined from making, using, offering to sell, or selling within the United States, or importing into the United States, the products described in Defendants' ANDA until the expiration of the patents-in-suit, except to the extent expressly permitted by Plaintiff under the Settlement and License Agreement by and between Plaintiff and Defendants; and

6.      Each Party shall bear its own costs, attorneys' fees, and expenses incurred in connection with this action.

7.      This Court retains jurisdiction to enforce or supervise performance under this Consent Order and Judgment and the Settlement and License Agreement.

IT IS SO ORDERED, DECREED, AND ADJUDGED this 26th day of Jun, 2015 by:

The Honorable Gregory M. Sleet
United States District Judge